# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**COURTNEY SMITH**                                                                 **PLAINTIFF**

**VS.**                               **4:19-CV-00563-BRW**

**BARRY SIMS,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of August, 2019.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE